IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.  Case No. 5:08-MJ-168   (GHL)

FORCENAT MATHURIN,
                Defendant.

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR THE GOVERNMENT:** | |
| HON. GLENN T. SUDDABY<br>United States Attorney<br>Northern District of New York<br>100 South Clinton Street<br>Syracuse, NY 13261 | CRAIG A. BENEDICT, ESQ.<br>Assistant U.S. Attorney |
| **FOR DEFENDANT:** | |
| OFFICE OF FEDERAL<br>PUBLIC DEFENDER<br>Clinton Exchange, 3rd Floor<br>4 Clinton Square<br>Syracuse, NY 13202 | MELISSA TUOHEY, ESQ.<br>Assistant Federal Defender |

GEORGE H. LOWE
U.S. MAGISTRATE JUDGE

### ORDER APPROVING WAIVER OF PRELIMINARY EXAMINATION

Defendant has signed a waiver indicating he wishes to waive his right to a preliminary hearing. Based upon the Defendant's representations, and upon the representation by Defendant's counsel that she has explained the nature of the preliminary examination to the Defendant, including the consequences of any waiver of the right to such a preliminary examination, and that the Defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the

consequences thereof, it is

    ORDERED, that defendant's waiver of his right to a preliminary examination, which I find to be knowing, intelligent and voluntary, is approved.


Date: April 17, 2008
      Syracuse, New York

*[signature]*
GEORGE H. LOWE
U.S. MAGISTRATE JUDGE